UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

**Charlie Campbell,**

        Plaintiff,

-vs-                                **ORDER OF DISCONTINUANCE**

**New York City,**                    CV- 05-2858(FB)

        Defendant.
-------------------------------------------------X

        It having been reported to the Court that the above action has been settled, it is

        ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.

                                      SO ORDERED.

                                      _____
                                      UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
           April 19, 2006